■ In the Matter of V. MICHAEL LICCIONE, as Deputy Commissioner of Oneida County Department of Social Services, on Behalf of WENDY ALGUIRE, Respondent, v JOHN HARTMAN, Appellant. — Order unanimously reversed, with costs, and petition dismissed. Memorandum: Petitioner failed to establish paternity "by 'clear and convincing' evidence, evidence which is 'entirely satisfactory' and creates a genuine belief that respondent is the father of the child (*Matter of Lopez v Sanchez,* 34 NY2d 662; *Matter of Piccola v Hibbard,* 51 AD2d 674, affd 40 NY2d 1035; *Commissioner of Public Welfare of City of N. Y.* [*McNamee*] *v Ryan,* 238 App Div 607, 608, *supra*)" (*Matter of Commissioner of Social Servs. v Philip DeG.,* 59 NY2d 137, 141-142). (Appeal from order of Oneida County Family Court, Bersani, J. — paternity.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.